Bartle, Appellant, *v.* Zoning Board of Adjustment.

Argued November 19, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Austin Miller Lee,* for appellants.

*Murray H. Shusterman,* Deputy City Solicitor, with him *Gordon Cavanaugh,* Assistant City Solicitor, and *David Berger,* City Solicitor, for City of Philadelphia, appellee.

*Frank F. Truscott,* with him *John V. Horan* and *Trommer, Silver & Barsky,* for intervening defendant, appellee.

OPINION PER CURIAM, January 8, 1958:

The order of the court below dismissing the appeal from the decision of the zoning board of adjustment is affirmed on the opinion of President Judge BROWN, 10 Pa. D. & C. 2d 613.

Order affirmed.